IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-mc-00147-GPG

SHAWN RICE,

    Petitioner,

v.

BARACK OBAMA, President of the United States, and
JACOB L. LEW, Secretary of the United States Department of the Treasury,

    Respondents.

## ORDER

    Petitioner is a prisoner in the custody of the Federal Bureau of Prisons at the Federal Correctional Institution at Florence, Colorado. Petitioner initiated this action by filing *pro se* a "Bill in Equity" (ECF No. 1), an "Affidavit in Support of Bill in Equity" (ECF No. 3), a "Memorandum of Points and Authorities in Support of the Bill in Equity" (ECF No. 4), a "Notice of Lack of Remedy at Law in Support of Bill in Equity" (ECF No. 5), a document titled "Appointment of New Trustees" (ECF No. 6), and a "Petition to Seal" (ECF No. 7). Petitioner also paid the $46.00 filing fee for a miscellaneous action and the instant miscellaneous action was opened.

    On August 5, 2015, the court entered an order directing the clerk of the court to commence a regular civil action and to close this miscellaneous action because whatever claims Petitioner intends to assert must be raised in a regular civil action. In accordance with that order, case number 15-cv-01676-GPG was opened. Petitioner also was directed to cure certain deficiencies in case number 15-cv-01676-GPG if he

wishes to pursue his claims.

On August 17, 2015, Petitioner improperly filed in this closed miscellaneous action a "List of Exhibits in Support of Bill in Equity" (ECF No. 11) and on September 4, 2015, he filed a document (ECF No. 12) titled "Response to Clerk of Court Instruction for Clear, Concise Statement of Cause of Action (Breach of Trust) and Other Issues." The clerk of the court will be directed to transfer these documents to case number 15-cv-01676-GPG. Accordingly, it is

ORDERED that the clerk of the court transfer the "List of Exhibits in Support of Bill in Equity" (ECF No. 11) and the document (ECF No. 12) titled "Response to Clerk of Court Instruction for Clear, Concise Statement of Cause of Action (Breach of Trust) and Other Issues" to case number 15-cv-01676-GPG.

DATED September 15, 2015, at Denver, Colorado.

                                                     BY THE COURT:

                                                     s/ Gordon P. Gallagher
                                                     United States Magistrate Judge